950 A.2d 261

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Raheem JONES, Appellant.**

**No. 36 EAP 2007.**

Supreme Court of Pennsylvania.

May 8, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of May, 2008, the Motion to Remand for a PCRA Hearing is **GRANTED.** This matter is **REMANDED** to the Superior Court with direction to that

court to **REMAND** the matter to the court of common pleas. Jurisdiction relinquished.

Justice McCAFFERY did not participate in the consideration or decision of this matter.